UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZULEIKA BURKE,<br>　　　Plaintiff,<br><br>vs.<br><br>CHECKCARE; and DOES 1 through 10, inclusive,<br>　　　Defendants. | Civil Action No.<br>2:12-cv-02928-CJB-ALC<br><br>Judge Carl J. Barbier |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ZULEIKA BURKE, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED this 30th day of May, 2013.

RESPECTFULLY SUBMITTED,
**LAW OFFICE OF NICHOLAS M. GRAPHIA, LLC**

/s/ Nicholas M. Graphia
Nicholas M. Graphia (SBN 33159)
Law Office of Nicholas M. Graphia, LLC
767 Florence Street
Baton Rouge, LA 70806
(225) 955-4266
(888) 909-6892 Fax
nicholas.graphia.law@gmail.com

Co-counsel with
**PRICE LAW GROUP, APC**
G. Thomas Martin, III
15760 Ventura Blvd. Suite 1100
Encino, CA 91436
Not admitted before this Court
tom@plglawfirm.com

ATTORNEYS FOR PLAINTIFF

1